231 F.3d 546 (9th Cir. 2000)
 WYLER SUMMIT PARTNERSHIP, A PARTNERSHIP, PLAINTIFF-APPELLANT,
v.
TURNER BROADCASTING SYSTEM, INC., A GEORGIA CORPORATION; TURNER ENTERTAINMENT CO., A GEORGIA CORPORATION, DEFENDANTS-APPELLEES.
 No. 99-15773
 U.S. Court of Appeals, Ninth Circuit
 Argued and Submitted October 3, 2000--San Francisco, California
October 26, 2000
 
 1
 NOTE: SEE AMENDED OPINION AT 235 F.3d 1184.